IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 07-cv-00464-WYD-MEH

ROBERT BODISON,

    Applicant,

v.

ARI ZAVARES, Executive Director, CDOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

    Applicant Robert Bodison, a prisoner in the custody of the Colorado Department of Corrections at the Colorado Territorial Correctional Facility at Cañon City, Colorado, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C.§ 2254. Respondents have filed an answer.

    I find that the state court record may be necessary for the resolution of this action. Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, I will direct Respondents to provide to this Court the complete record of Mr. Bodison's trial in Denver District Court Case No. 01CR503. Accordingly, it is

    ORDERED that Respondents shall provide to this Court **within twenty (20) days from the date of this Order** the complete record of Mr. Bodison's trial in Denver District Court Case No. 01CR503. It is

FURTHER ORDERED that the Clerk of the District Court for the City and County of Denver produce the records as described in this Order that are in their possession and provide the records to counsel for Respondents in this case for filing with this Court. It is

FURTHER ORDERED that the Clerk of this Court send a copy of this order to both parties and to the Clerk of the District Court for the City and County of Denver, Attn: Criminal Appeals, 1437 Bannock Street, Room 256, Denver, CO 80202.

Dated: September 28, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge